*E-FILED: October 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. C12-04080 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| E-GREEN TECHNOLOGIES, INC., | |
| Defendant. | |

The parties having advised that they currently are negotiating a consent judgment, the initial case management conference is **continued to December 18, 2012, 1:30 p.m.** Assuming that the parties do not manage to resolve this matter, they shall file an updated status report by **December 11, 2012**.

Plaintiff's counsel is directed to serve a copy of this order on defendant.

SO ORDERED.

Dated: October 12, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04080-HRL Notice has been electronically mailed to:

2  Charles Michael O'Connor     Charles.OConnor@usdoj.gov, charles.o'connor@usdoj.gov